```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CHRISTINE CARDENAS

 8

 9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) No. Cr. S 04-098 GEB
14                                )
                Plaintiff,        )
15                                ) ORDER
         v.                       )
16                                )
    CHRISTINE CARDENAS,           )
17                                )
                Defendant.        ) Judge: Hon. Garland E. Burrell, Jr.
18                                )
    _____ )
19

20
         On October 15, 2004, Ms. Cardenas admitted she violated the terms
21
    of her supervised release as alleged in Charged 1 of the petition filed
22
    March 30, 2004.  The matter came before the Court for disposition on
23
    February 17, 2006.  Pursuant to 18 U.S.C. § 3583(e) this Court has
24
    decided to terminate supervision.  The Court has considered the two
25
    memorandum submitted by probation, the memorandum submitted (under
26
    seal) by the defendant and the letter submitted (under seal) by the
27
    government.  The Court has also considered the factors listed in 18
28
```

1  U.S.C. 3553(a).
2       Accordingly, this Court finds the defendant's conduct and the
3  interests of justice warrant the termination of supervision without
4  further action.  It is so ordered.
5  Dated:  March 10, 2006
6
7                                  /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
8

Proposed order/Cardenas/04-098     -2-